AO 470 (01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | Case Number:  AU:19-M -00711(1) |
| vs. | § | |
| | § | |
| (1) David Randle Jakobeit | § | |
| *Defendant* | | |

# ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing   and a [X] preliminary hearing   in this case is/are scheduled as follows:

| | |
|---|---|
| Place:          501 West Fifth Street, Austin, Texas, 78701 | Courtroom No.:  8, 7th Floor |
| Presiding Judge:   Magistrate Judge **Mark Lane** | Date and Time:  **November 14, 2019,** at **3:00 PM** |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

_____
12th day of November, 2019
*Date*

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:19-M -00711(1) |
| | § | |
| (1) David Randle Jakobeit | § | |
| *Defendant* | | |

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (1) David Randle Jakobeit, files this response to the Notice of Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

_____

*Defendant*

_____          _____

*Date*                                                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the \_\_\_\_\_ day of _____, 20 \_\_\_\_ .

_____

*Attorney for Defendant*

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   AU:19-M -00711(1) |
| | § | |
| (1) David Randle Jakobeit | § | |

## WAIVER OF A PRELIMINARY HEARING

      I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

      I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney